UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICKS BANKS,<br><br>        Petitioner<br><br>        v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>        Respondents. | Case No. 5:18-cv-00526-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: March 19, 2018      _____
                                                  OTIS D. WRIGHT II
                                                  UNITED STATES DISTRICT JUDGE